UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KUPAA KEA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00120-MMD-CSD<br><br>**ORDER** |

**I.　DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. On March 7, 2022, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). On March 10, 2022, Plaintiff filed a notice of change of address. (ECF No. 6). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **April 13, 2022** or pay the full filing fee of $402. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is denied as moot.

IT IS FURHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **April 13, 2022**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with

the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* by a non-prisoner or pays the full $402 filing fee.

     IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED: March 15, 2022

_____
UNITED STATES MAGISTRATE JUDGE