# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KUPAA KEA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:22-cv-00120-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 17 |

　　　Before the court is Plaintiff's Motion for Extension of Time to Complete Service (ECF No. 17).

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Complete Service (ECF No. 17) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, March 24, 2023**, in which to effect service on the Defendant(s). **Plaintiff is cautioned that any Defendant not served by that deadline may be subject to dismissal under Fed. R. Civ. P 4(m).**

　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall issue a summons for Defendant Deputy German, and deliver the same, to the U.S. Marshal for service. The Clerk also will send sufficient copies of the Complaint (ECF No. 11) and this order to the U.S. Marshal for service on Defendant(s).

/ / /

**IT IS FURTHER ORDERED** that the Clerk will send to Plaintiff **one (1)** USM-285 form. Plaintiff will have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to Defendant Deputy German on the form.

**IT IS FURTHER ORDERED** that within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

DATED: January 17, 2023.



UNITED STATES MAGISTRATE JUDGE