# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KUPAA KEA,<br><br>                    Plaintiff,<br><br>   v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>                    Defendants. | 3:22-cv-00120-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 26 |

Before the court is Plaintiff's Motion for Extension of Time for Service (ECF No. 26). Plaintiff states that he has attempted to identify Classification Officer John Doe and Deputy Jane Doe named in his Complaint "but to no avail." (*Id.*) Plaintiff requests the court order the Sheriff's Office to reveal Jane Doe's identity through her written signature on Plaintiff's booking paperwork.

Plaintiff is advised that the Washoe County Sheriff's Office is a taxpayer funded organization and is not required to do an investigation or research for a *pro se* plaintiff.  Accordingly, the court will not order them to do so.   Plaintiff can obtain the identity of Classification Officer John Doe and Deputy Jane Doe through the discovery process.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time for Service (ECF No. 26) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, June 16, 2023**, in which to identify and serve Classification Officer John Doe and Deputy Jane Doe.

DATED:  May 2, 2023.

_____
UNITED STATES MAGISTRATE JUDGE