UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KUPAA KEA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　　　　Defendants. | 3:22-cv-00120-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 29 |

Before the court is Plaintiff's Motion for Extension of Time for Service. (ECF No. 29.) Plaintiff requests an extension of time in which to identify Defendants Classification Officer John Doe and Deputy Jane Doe.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time for Service (ECF No. 29) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, June 30, 2023**, in which to identify and serve Classification Officer John Doe and Deputy Jane Doe. **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

DATED:  May 25, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1