# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KUPAA KEA,<br><br>                        Plaintiff,<br>  v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>                        Defendants. | 3:22-cv-00120-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 33 |

      Before the court is Plaintiff's Motion for Service of Civil Summons. (ECF No. 33.) Plaintiff requests that the U.S. Marshal Service attempt to serve Classification Deputy Officer Lewis and Booking Deputy Jane Doe.

      **IT IS HEREBY ORDERED** that the Clerk of Court shall issue the summonses Plaintiff filed on June 9, 2023, for Defendants Lewis and Jane Doe (ECF Nos. 31, 32) and deliver the same to the U.S. Marshal for service. The Clerk also will send sufficient copies of the Complaint (ECF No. 11), the court's screening order (ECF No. 10), and this order to the U.S. Marshal for service on Defendants. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

      **IT IS FURTHER ORDERED** that the deadline to complete process of service pursuant to Fed. R. Civ. P. 4(m) is **July 31, 2023**. **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

      DATED: July 18, 2023.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE