# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KUPAA KEA,<br><br>                          Plaintiff,<br><br>  v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>                         Defendants. | 3:22-cv-00120-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 54 |

      Before the court is Plaintiff's Motion for Extension of Time to Provide Proof of Service. (ECF No. 54.) Plaintiff requests a copy of the docket sheet and an extension of time to and including May 7, 2024, within which to provide proof of service as to Defendants Classification Officer and Jane Doe.

      Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of the docket sheet, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page for a copy of a docket sheet.

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Provide Proof of Service (ECF No. 54) is **GRANTED** to the extent that Plaintiff shall have to and including **May 7, 2024**, within which to provide proof of service as to Defendants Classification Officer and Jane Doe.

      / / /

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of the docket sheet to the Plaintiff.

DATED: April 9, 2024.



_____
UNITED STATES MAGISTRATE JUDGE